IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01842-CMA-MEH

PHILLIP J. RUBIN,

      Plaintiff,

v.

BRETT HILLING and
JOHN DOES 1 AND 2,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 27, 2012.**

      Plaintiff's Motion for Order to Disqualify Opposing Counsel [filed December 26, 2012; docket #21] is **denied**. Plaintiff seeks an order disqualifying the "Department of Justice"[1] from representing the Defendants; however, the docket reflects that Patrick Sayas of the Colorado Attorney General's Office has entered his appearance on behalf of Defendant Hilling. There is no indication from the record that the U.S. Department of Justice has represented, or intends to represent, the Defendants in this case.

---

[1] Although not specified, the Court assumes the Plaintiff refers to the United States Department of Justice.