IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01842-CMA-MEH

PHILLIP J. RUBIN,

    Plaintiff,

v.

BRETT HILLING and
JOHN DOES 1 AND 2,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 8, 2013**.

    Plaintiff's Motion to Limit Production of Documents [filed March 8, 2013; docket #40] and Plaintiff's Request for Extension of Time to Respond to First Set of Written Discovery to Plaintiff [filed March 6, 2013; docket #35] are **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A, which states,

> The court will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

(emphasis added). The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). Plaintiff may re-file his motion in accordance with this order and all applicable rules.

    The document filed at docket #37, Plaintiff's Request for Extension of Time to Respond to First Set of Written Discovery to Plaintiff [filed March 7, 2013; docket #37] is a duplicate of the document filed at docket #35 and, therefore, is **denied as moot**.