**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01842-CMA-MEH

PHILIP J. RUBIN,

     Plaintiff,

v.

BRETT HILLING, and
JOHN DOES 1 and 2,

     Defendants.

**ORDER ADOPTING AND AFFIRMING MARCH 7, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

     This case was referred to United States Magistrate Judge Michael E. Hegarty pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  (Doc. # 13.)  On March 7, 2013, Judge Hegarty issued a Recommendation, advising that "the District Court grant Defendants' Motion to Dismiss . . . the Second Amended Complaint [Doc. # 19], and deny the Plaintiff leave to file a Third Amended Complaint."  (Doc. # 39 at 24.)  Thereafter, Plaintiff filed a "Response to Summary Judgment" (Doc. # 43), which the Court construes as an objection to Judge Hegarty's Recommendation.

     When a magistrate judge issues a recommendation on a dispositive matter, Fed. R. Civ. P. 72(b)(3) requires that the district judge "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to."  In conducting its review, "[t]he district judge may accept, reject, or modify the

recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

In the instant case, Plaintiff does not "properly object[]" to any part of the Recommendation. Instead, he reiterates arguments that were properly before Magistrate Judge Hegarty at the time his Recommendation issued. Nonetheless, the Court has conducted a *de novo* review of this matter, including reviewing all relevant pleadings, the Recommendation, and Plaintiff's objection thereto. Based on this *de novo* review, the Court concludes that Judge Hegarty's Recommendation is correct and is not called into question by Plaintiff's objection.[1]

Accordingly, it is hereby ORDERED that Plaintiff's objection (Doc. # 43) is OVERRULED. It is

FURTHER ORDERED that the Recommendation of United States Magistrate Judge Michael E. Hegarty (Doc. # 39) is AFFIRMED and ADOPTED as an Order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that the underlying Motion to Dismiss (Doc. # 19) is GRANTED, and Plaintiff is DENIED LEAVE to file a Third Amended Complaint. As such, it is

ORDERED that the case is DISMISSED as against Defendant Brett Hilling.

DATED: April  04 , 2013

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The Court also rejects Plaintiff's renewed request for appointment of *pro bono* counsel (Doc. # 43 at 2) – for the reasons given by Judge Hegarty in denying Plaintiff's previous request (*see* Doc. # 27).

2