IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-01842-CMA-MEH

PHILIP J. RUBIN,

    Plaintiff,

v.

BRETT HILLING, and
JOHN DOES 1 and 2,

    Defendants.

---

**ORDER DISMISSING DEFENDANTS JOHN DOES 1 AND 2
AND DISMISSING CASE**

---

This matter is before the Court *sua sponte*. On April 4, 2013, by adopting and affirming (Doc. # 45) the March 7, 2013 Recommendation of United States Magistrate Judge Michael E. Hegarty (Doc. # 39), the Court dismissed Defendant Brett Hilling from this case.

On April 5, 2013, by Text Entry Order to Show Cause (Doc. # 46), the Court ordered Plaintiff to show cause in writing no later than April 18, 2013, as to why the claims against the remaining Defendants John Does 1 and 2 should not be dismissed for failure to prosecute. To date, Plaintiff has not responded to the Court's order to show cause.

Federal Rule of Civil Procedure 41(b) provides in relevant part: "If the plaintiff fails . . . to comply with [court] rules or a court order, a defendant may move to dismiss

the action or any claim against it." However, "[r]ule [41(b)] has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute." *Rogers v. Andrus Transp. Servs.*, 502 F.3d 1147, 1151 (10th Cir. 2007) (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

Accordingly, it is ORDERED that as John Does 1 and 2 are the last remaining Defendants in this case, this case is now DISMISSED in its entirety.

DATED:  April   19  , 2013

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge